**UNITED STATES, Appellee,**

v.

**Ocean T. ROSE, Lance Corporal, U.S. Marine Corps, Appellant.**

No. 05–0521.

Crim.App. No. 200101327.

U.S. Court of Appeals for the Armed Forces.

Argued Dec. 8, 2005.

Decided Sept. 27, 2006.

PER CURIAM. CRAWFORD, J., filed a separate opinion concurring in the result.

For Appellant: *Lieutenant Brian L. Mizer*, JAGC, USNR (argued).

For Appellee: *Major Kevin C. Harris*, USMC (argued); *Commander Charles N. Purnell*, JAGC, USN (on brief).

**PER CURIAM:**

The petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals was granted on the following issues:

(1) WHETHER THE ORDER DIRECTING APPELLANT TO RECEIVE ANTHRAX VACCINE ADSORBED ON MARCH 29, 2000, WAS UNLAWFUL.

(2) WHETHER APPELLANT'S DUE PROCESS RIGHT TO TIMELY REVIEW HAS BEEN DENIED.[1]

In light of this Court's opinion in *United States v. Kisala*, 64 M.J. 50 (C.A.A.F.2006), we hold that the order directing Appellant to receive the anthrax vaccine was a lawful order which he disobeyed in violation of Article 90, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 890.[2] Additionally, in light of our opinions in *United States v. Moreno*, 63 M.J. 129 (C.A.A.F.2006), and *United States v. Allison*, 63 M.J. 365 (C.A.A.F.2006), this Court holds that even if Appellant was denied his due process right to speedy review and appeal, that error is harmless beyond a reasonable doubt and no relief is warranted.

Accordingly, the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.

CRAWFORD, Judge (concurring in the result):

I agree with the affirmance of the findings and sentence. I dissociate myself, however, from this Court's analysis of appellate delay. This Court's analysis and conclusion are based on a prospective rule set forth in *United States v. Allison*, 63 M.J. 365 (C.A.A.F. 2006) (citing *United States v. Moreno*, 63 M.J. 129 (C.A.A.F.2006)), and its misapplication of the *Barker v. Wingo*, 407 U.S. 514, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972), test. *See Moreno*, 63 M.J. at 144 (Crawford, J., concurring in part and dissenting in part).

1. *United States v. Rose*, 61 M.J. 480 (C.A.A.F. 2005).

2. 10 U.S.C. § 890 (2000).